IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROLYN CARLTON BROCKMEIER,

    Plaintiff,                                 CIV-S-05-2090 MCE EFB PS

    vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.                                ORDER

_____/

        On November 17, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed November 17, 2006, are ADOPTED;

2. Defendants' motion to dismiss the Solano County Sheriff's Department as a redundant party is granted;

3. Defendants' motion to dismiss for failure to state a claim against the County is denied;

4. Defendants' motion to dismiss for failure to state a claim for violations of the Fourth Amendment is denied; and

5. Defendants' motion to dismiss the claims against deputies Gilliam, Knight and Munck on the basis of qualified immunity is denied.

DATED: December 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2