IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROLYN CARLTON BROCKMEIER,

    Plaintiff,                    No. CIV S-05-2090 MCE EFB PS

    vs.

SOLANO COUNTY SHERRIF'S
DEPT., et al.,                    FINDINGS & RECOMMENDATIONS

    Defendants.
_____/

    By order filed November 17, 2006, plaintiff's equal protection and procedural due process claims under the Fourteenth Amendment were dismissed and thirty days leave to file an amended complaint was granted. That order warned plaintiff that failure to file an amended complaint would result in a recommendation that those claims be dismissed with prejudice. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

    For the reasons set forth in the court's November 17, 2006 order, IT IS HEREBY RECOMMENDED that plaintiff's equal protection and procedural due process claims under the Fourteenth Amendment be dismissed with prejudice.

/////

////

1

1   These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after
3 being served with these findings and recommendations, any party may file written objections
4 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
5 to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
6 specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
7 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).
8 DATED:   January 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE