1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CAROLYN CARLTON BROCKMEIER,

11           Plaintiff,                    No. CIV S-05-2090 MCE EFB PS

12        vs.

13   SOLANO COUNTY SHERIFF'S DEPT.
     et al,

14
                 Defendants.              ORDER
15   _____/

16        This case, in which plaintiff is proceeding pro se, was referred to this court pursuant to

17   Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  The case was reassigned to the

18   undersigned on August 29, 2006.  Due to the reassignment of the case, and subsequent rulings on

19   defendants' motion to dismiss, the court finds that a status conference is appropriate to facilitate

20   issuance of a pre-trial scheduling order.[1]  Pursuant to Local Rule 16-240, IT IS HEREBY

21   ORDERED that:

22        1.  A Status Conference is set for January 24, 2007, at 10:00 a.m. in Courtroom 25 before

23   the undersigned.

24   ////

25   _____

26        [1] The court notes that the parties previously submitted a joint status report on April 3,
     2006, before the case was reassigned to the undersigned.

                                        1

1    2.  The parties shall submit, five days before the scheduled hearing, a joint status report

2  addressing the following matters:

3              a.  Anticipated motions and the scheduling thereof;

4              b.  Anticipated discovery and the scheduling thereof;

5              c.  Future proceedings, including setting appropriate cutoff dates for discovery

6  and law and motion and the scheduling of a pretrial conference and trial (including estimated

7  time of trial);

8              d.  Anticipated dates for disclosure of expert witnesses;

9              e.  Modification of standard pretrial procedures specified by the rules due to the

10  relative simplicity or complexity of the action or proceedings;

11              f.  Whether this matter is to be tried before this court or the district court.  *See* 28

12  U.S.C. § 636(c);

13               g.  Whether the counsel will stipulate to the trial judge acting as settlement judge

14  and waiving any disqualifications by virtue of his so acting, or whether they prefer to have a

15  settlement conference before another judge; and

16               h.  Any other matters that may add to the just and expeditious disposition of this

17  matter.

18    3.  The parties are reminded of their continuing duty to notify chambers immediately of

19  any settlement or other disposition.  *See* Local Rule 16-160.

20  DATED:  January 10, 2006.

21

22  _____

23  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

24

25

26