IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROLYN BROCKMEIER,

    Plaintiff,                        No. CIV S-05-2090 MCE EFB PS

    vs.

SOLANO COUNTY SHERIFF'S       ORDER TO SHOW CAUSE
DEPARTMENT, et al.,

    Defendants.
_____/

Pursuant to court order, a Status Conference was scheduled for January 24, 2007. Scott Cavanaugh appeared as counsel for defendants. Plaintiff, appearing *in propria persona*, failed to appear. Accordingly, plaintiff is ordered to SHOW CAUSE in writing within ten (10) days why sanctions should not be imposed for her failure to attend the status conference on January 24, 2007, and why she should not be taxed the costs of defendants' counsel's appearance at the Status Conference. Within ten (10) days, counsel for defendants shall file a letter with the court and serve a copy on plaintiff detailing the costs he will charge his clients in connection with his appearance at the January 24, 2007, status conference. The status conference is CONTINUED to February 21, 2007, at 10:00 a.m. in Courtroom No. 25. The parties need not file further status reports in contemplation of the continued Status Conference.

DATED: January 24, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE