1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CAROLYN CARLTON
     BROCKMEIER,
11
                      Plaintiff,              No. CIV S-05-2090 MCE EFB PS
12          vs.

13   SOLANO COUNTY SHERIFF'S              ORDER
     DEPT., et al.,
14
                      Defendants.
15   _____/

16          On January 25, 2007, this court ordered plaintiff to show cause why sanctions should not

17   be imposed for her failure to attend the status conference on January 24, 2007.  It has come to the

18   court's attention, through counsel for defendants, that plaintiff has relocated and has failed to

19   keep the Clerk apprised of her current address as required by Local Rule 83-182(f).  *See* L.R. 83-

20   182(f) (notifying all parties, including those appearing *in propria persona*, of their continuing

21   duty to notify the Clerk of any change of address and cautioning that absent such notice, service

22   of documents at the prior address shall be fully effective); *see also* L.R. 83-183(b) (providing for

23   dismissal of a pro se party's case for failure to apprise the court of a change of address within

24   sixty days after mail directed at the address of record is returned by the U.S. Postal Service).

25          The Clerk previously served the orders and findings and recommendations appearing at

26   docket entries #25, 26 and 30 on plaintiff at her address of record.  Although the file shows that

                                                 1

no mail was returned by the U.S. Postal Service as undeliverable, in abundance of caution the court hereby orders the Clerk to re-serve these documents on plaintiff at the following address: 3300 Kauai Court, Apt. D6, Reno, Nevada 89509.  Plaintiff shall have ten days from the date of service of those documents to (1) file objections to the findings and recommendations of January 9, 2007, and (2) to show cause in writing why sanctions should not be imposed for her failure to attend the status conference on January 24, 2007.[1]

DATED:  February 6, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court finds that plaintiff was aware of the hearing due to her evident cooperation with defense counsel in preparing the joint status report therefor.

2