**Carl Mandabach Esq.  SBN 117374**
3960 Industrial Blvd., Suite 100
West Sacramento, California 95691
Telephone No: (916) 376-8738
Facsimile No.: (916) 376-8717

Attorney for Plaintiff Carolyn Carlton Brockmeier

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROYN CARLTON BROCKMEIER , <br><br> Petitioner, <br><br> V <br><br> SOLANO COUNTY SHERIFF'S DEPT. and COUNTY OF S0LANO and DEPUTIES GILLIAM, KNIGHT, and MUNCK , and SOLANO COUNTY BUILDING INSPECTOR/COMPLIANCE OFFICER DAVID JAMES, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AND DOES II THROUGH VI, INCLUSIVE <br><br> Defendants. | Case No.  2:05-cv-02090-MCE-PAN-PS <br><br> **SUBSTITUTION OF ATTORNEYS** |

   Plaintiff Carolyn Carlton Brockmeier hereby substitutes Carl Mandabach, SBN 117374, 3960 Industrial Blvd., #100, West Sacramento, Ca 95691, (916) 376-8738, as his attorney of record in place and stead of   Carolyn Carlton Brockmier, plaintiff in Pro Per.3300 Kauai Court, Apt. D-6, Reno Nevada 89509.

Substitution of Attorney

| | | |
|---|---|---|
| 1 | Dated: 7/5/07 | /s/ Carolyn Carlton Brockmeier |
| 2 | | |
| 3 | | |
| 4 | I consent to the above substitution. | |
| 5 | | |
| 6 | Dated: 7/5/07 | /s/ Carl Mandabach. |
| 7 | | |
| 8 | **IT IS SO ORDERED** | |
| 9 | | |
| 10 | Dated: July 17, 2007 | |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Substitution of Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I am employed in the County of Yolo, State of California. I am over the age of 18 and not a party to the within action. My business address is 3960 Industrial Blvd., Suite 100., West Sacramento, CA 95691.

On July 16, 2007, I served the document described below, on the parties listed below, by placing a true copy in a sealed envelope with first class postage prepaid, and placing the envelope in the place for outgoing mail for our firm, which is regularly picked up each day by the U.S. Post Office.

**Document(s):**

Substitution of Attorney

**List Of Persons Served:**

Carolyn Carlton Brockmeier
3300 Kauai Court, Apt.D-6
Reno, NV 89509

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 16, 2007 at West Sacramento, Yolo County, California.

/s/ Carl Mandabach

Substitution of Attorney

PDF created with pdfFactory trial version www.pdffactory.com