IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROLYN CARLTON BROCKMEIER,

      Plaintiff,

vs.

SOLANO COUNTY SHERIFF'S DEPT., et al.,

      Defendants.

No. CIV S-05-2090 MCE EFB

<u>ORDER</u>

On July 16, 2007, plaintiff filed a substitution of counsel in this case, which the district judge approved on July 18, 2007. Now that plaintiff is represented, and consistent with the Local Rules, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform his usual discovery tasks associated with ordinary civil cases. Henceforth, the caption on documents filed in this case shall exclude the "PS" designation, and be shown as No. CIV S-05-2090 MCE EFB.

Consistent with this order, the Status Conference previously set for August 1, 2007, before the undersigned is vacated.

DATED: July 20, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE