IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROLYN BROCKMEIER,

    Plaintiff,

vs.

SOLANO COUNTY SHERIFF
DETENTION FACILITY, et al.,

    Defendants.

No. 2:05-cv-02090 MCE KJN

<u>ORDER</u>

/

Presently before this court are "Defendants' Ex Parte Application for an Order Shortening Time to Hear Motion for Contempt of Prior Order of Court, and to Hear Motion to Compel," and an accompanying "Motion for Contempt of Court Order." (Dkt. Nos. 98, 99.) This application and motion relate to a discovery dispute. The District Judge assigned to this case, the Honorable Morrison C. England, Jr., issued a Pretrial Scheduling Order on November 6, 2009, which set the discovery completion date, including resolution of disputes relative to discovery, for March 5, 2010. (Dkt. No. 89.) Because the defendants seek discovery and/or resolution of disputes related to discovery past the March 5, 2010 cutoff date, absent modification of the scheduling order, the undersigned lacks the authority to hear the pending application and motion. Hence, defendants' ex parte application and motion to compel

1

1 | are DENIED. (Dkt. Nos. 98, 99.)

**IT IS SO ORDERED**

DATED: March 11, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE