IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROLYN BROCKMEIER,

    Plaintiff,                       No. 2:05-cv-02090 MCE KJN

    vs.

SOLANO COUNTY SHERIFF
DETENTION FACILITY, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        Presently before this court are "Defendants' Ex Parte Application for an Order Shortening Time to Hear Motion for Contempt of Prior Order of Court, and to Hear Motion to Compel," and an accompanying "Motion for Contempt of Court Order." (Dkt. Nos. 98, 99.) This application and motion relate to a discovery dispute. The District Judge assigned to this case, the Honorable Morrison C. England, Jr., issued a Pretrial Scheduling Order on November 6, 2009, which set the discovery completion date, including resolution of disputes relative to discovery, for March 5, 2010. (Dkt. No. 89.) Because the defendants seek discovery and/or resolution of disputes related to discovery past the March 5, 2010 cutoff date, absent modification of the scheduling order, the undersigned lacks the authority to hear the pending application and motion. Hence, defendants' ex parte application and motion to compel

1

Case 2:05-cv-02090-MCE-KJN   Document 101   Filed 03/12/10   Page 2 of 2

1  are DENIED.  (Dkt. Nos. 98, 99.)

2  **IT IS SO ORDERED**

3  DATED: March 11, 2010

```
                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
```